IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREETSPACE, INC., | No. C 11-04574 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE REGARDING MISJOINDER** |
| GOOGLE INC.; ADMOB, INC.; APPLE INC.; QUATTRO WIRELESS, INC.; NOKIA CORPORATION; NOKIA INC.; NAVTEQ CORPORATION; MILLENNIAL MEDIA, INC.; JUMPTAP, INC., | |
| Defendants. / | |

The Court is inclined to dismiss all but the first-named defendant for misjoinder under FRCP 21 for the reasons stated in *EIT Holdings LLC v. Yelp! Inc.*, No. C 10-5623 WHA (N.D. Cal. May 12, 2011). *See also In re EMC Corp.*, 677 F.3d 1351 (Fed. Cir. 2012). The final ruling will be postponed, however, so that counsel may first submit points and authorities on this issue. Any such submissions must be filed by **NOON ON SEPTEMBER 14, 2012**.

**IT IS SO ORDERED.**

Dated: September 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE