IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STREETSPACE, INC.,

    Plaintiff,

  v.

GOOGLE INC.; ADMOB, INC.; APPLE INC.; QUATTRO WIRELESS, INC.; NOKIA CORPORATION; NOKIA INC.; NAVTEQ CORPORATION; MILLENNIAL MEDIA, INC.; JUMPTAP, INC.,

    Defendants.
                        /

No. C 11-04574 WHA

**NOTICE RE MISJOINDER RESPONSES**

      The undersigned has reviewed the parties' responses to the order to show cause regarding misjoinder. Per defendants' request, because the PTO reexamination of the patent-in-suit is near conclusion with all claims currently rejected, the undersigned will postpone ruling on the issue of misjoinder for judicial efficiency. *See Gould v. Control Laser Corp.*, 705 F.2d 1340, 1342 (Fed. Cir. 1983) (holding that one purpose of reexamination is to eliminate the issue of invalidity when asserted claims are canceled). The issue of whether to maintain the stay currently in place may be revisited at the case management conference, currently scheduled for October 11, 2012. By that time, perhaps the reexamination will have concluded.

Dated: September 17, 2012.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE