IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREETSPACE, INC., | No. C 11-04574 WHA |
| Plaintiff, | |
| v. | **ORDER MAINTAINING STAY** |
| GOOGLE, INC., et al., | |
| Defendants. | |

Based on the representation of the parties that reexamination of the patent-in-suit will likely continue "in the coming months," a joint status report shall be due by **NOON ON AUGUST 8, 2013**, or, if sooner, within seven days of further action by the PTO concluding the reexamination proceedings (excluding appeal). This action shall remain stayed until then.

**IT IS SO ORDERED.**

Dated: May 8, 2013.

　　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE