IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STREETSPACE, INC.,

    Plaintiff,

v.

GOOGLE, INC., et al.,

    Defendants.

No. C 11-04574 WHA

**ORDER MAINTAINING STAY**

    Based on the representation of the parties that reexamination of the patent-in-suit will likely continue "in the coming months," a joint status report shall be due by **NOON ON AUGUST 8, 2013**, or, if sooner, within seven days of further action by the PTO concluding the reexamination proceedings (excluding appeal). This action shall remain stayed until then.

    **IT IS SO ORDERED.**

Dated: May 8, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE