1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   STREETSPACE, INC.,

11              Plaintiff,                        No. C 11-04574 WHA

12        v.

13    GOOGLE, INC., et al.,                       **ORDER MAINTAINING STAY**

14              Defendants.

15   _____/

16          In February 2012, this action was stayed until conclusion of the *inter partes*

17   reexamination of the sole patent-in-suit (Dkt. No. 111).  The PTO issued an Action Closing

18   Prosecution, with all claims of the patent-in-suit rejected in June 2012.  The PTO maintained the

19   rejections of all claims and denied plaintiff's proposed amendments in May 2013.  Plaintiff filed

20   a notice of appeal and Google, Inc. filed a notice of cross appeal with the PTO in June 2013.

21          Based on the representation of the parties that the PTO will take further action on the

22   *inter partes* reexamination of the sole patent-in-suit "in the coming months," a joint status report

23   shall be due by **NOON** on **MARCH 12, 2014**, or, if sooner, within seven calendar days of further

24   action by the PTO concluding the appeal.  This action shall remain stayed until then.

25

26          **IT IS SO ORDERED.**

27

28   Dated:   December 4, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California