IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STREETSPACE, INC.,

    Plaintiff,

  v.

GOOGLE, INC., et al.,

    Defendants.
    /

No. C 11-04574 WHA

**ORDER MAINTAINING STAY**

In February 2012, this action was stayed until conclusion of the *inter partes* reexamination of the sole patent-in-suit (Dkt. No. 111). The PTO issued an Action Closing Prosecution, with all claims of the patent-in-suit rejected in June 2012. The PTO maintained the rejections of all claims and denied plaintiff's proposed amendments in May 2013. Plaintiff filed a notice of appeal and Google, Inc. filed a notice of cross appeal with the PTO in June 2013.

Based on the representation of the parties that the PTO will take further action on the *inter partes* reexamination of the sole patent-in-suit "in the coming months," a joint status report shall be due by **NOON** on **MARCH 12, 2014**, or, if sooner, within seven calendar days of further action by the PTO concluding the appeal. This action shall remain stayed until then.

**IT IS SO ORDERED.**

Dated: December 4, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE