IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREETSPACE, INC., | No. C 11-04574 WHA |
| Plaintiff, | |
| v. | **ORDER MAINTAINING STAY** |
| GOOGLE, INC., et al., | |
| Defendants. | |

According to both sides, "[a]ll claims of the [asserted] '969 Patent currently stand rejected by the PTO. Thus, the parties jointly request that [the] Court maintain the stay currently in place." The parties represent that the PTO will take further action on the pending appeal of the *inter partes* reexamination "in the coming months." Thus, a joint status report shall be due by **NOON ON JUNE 23, 2014**, or, if sooner, within seven days of further action by the PTO (Dkt. No. 137). This action shall remain stayed until then.

**IT IS SO ORDERED.**

Dated: March 13, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE