IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STREETSPACE, INC.,

    Plaintiff,

  v.

GOOGLE, INC., et al.,

    Defendants.

No. C 11-04574 WHA

**ORDER MAINTAINING STAY**

    A prior judge ruled that a stay was warranted "pending resolution of the PTO reexamination process" (Dkt. No. 111). Both sides state that "[a]ll claims of the [sole asserted] '969 Patent currently stand rejected by the PTO. Thus, the parties jointly request that this Court maintain the stay currently in place." The parties represent that the PTO will take further action on the pending appeal of the *inter partes* reexamination "in the coming months." Thus, a joint status report shall be due by **NOON ON SEPTEMBER 29, 2014**, or, if sooner, within seven days of further action by the PTO (Dkt. No. 148). This action shall remain stayed until then.

    **IT IS SO ORDERED.**

Dated: June 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE