IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREETSPACE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br> GOOGLE, INC., et al.,<br><br>    Defendants. | No. C 11-04574 WHA<br><br>**ORDER MAINTAINING STAY** |

A prior judge ruled that a stay was warranted "pending resolution of the PTO reexamination process" (Dkt. No. 111). The parties jointly request that the stay remain in place. A joint status report shall be due by **NOON ON JANUARY 28, 2015**, or, if sooner, within seven calendar days of further action by the PTO. This action remains stayed until then.

**IT IS SO ORDERED.**

Dated: September 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE