**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   STREETSPACE, INC.,                              No. C 11-04574 WHA
11            Plaintiff,
12      v.
13   GOOGLE, INC., et al.,                           **ORDER MAINTAINING STAY**
14            Defendants.
15   _____/
16          A prior judge ruled that a stay was warranted "pending resolution of the PTO

17   reexamination process" (Dkt. No. 111).  The parties jointly request that the stay remain in place.

18   The parties represent that they "anticipate that the PTO will take further action on [the]

19   reexamination in the coming months."  A joint status report is due by **NOON ON**

20   **APRIL 30, 2015**, or, if sooner, within seven calendar days of further action by the PTO.

21   This action remains stayed until then.

22
23          **IT IS SO ORDERED.**
24
25   Dated:   January 28, 2015.
26                                                   _____
                                                     WILLIAM ALSUP
27                                                   UNITED STATES DISTRICT JUDGE
28