IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STREETSPACE, INC.,

    Plaintiff,

v.

GOOGLE, INC., et al.,

    Defendants.

No. C 11-04574 WHA

**REQUEST RE JOINT STATUS REPORT**

    The parties stated in their joint status report that on April 23, the PTO issued its answer to the cross-appeals. By **MAY 13 AT NOON**, the parties shall file a joint statement (not to exceed five pages). Please explain what, if anything, remains in the PTO appeals process underway, as well as, the schedule for the cross-appeals. When do the parties anticipate moving to lift the stay?

Dated: April 30, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE