IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STREETSPACE, INC.,

    Plaintiff,

  v.

GOOGLE, INC., et al.,

    Defendants.

No. C 11-04574 WHA

**ORDER MAINTAINING STAY**

A prior judge ruled that a stay was warranted "pending resolution of the PTO reexamination process" (Dkt. No. 111). The parties jointly request that the stay remain in place. A joint status report shall be due by **NOON ON AUGUST 26, 2015**, or, if sooner, within seven calendar days of further action by the PTO. This action remains stayed until then.

**IT IS SO ORDERED.**

Dated: May 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE