UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STREETSPACE, INC.,<br><br>                    Plaintiff(s),<br><br>         v.<br><br>GOOGLE, INC., et al.,<br><br>                    Defendant(s). | Case No: C 11-04574 WHA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |
|---|---|

I, David E. Koropp, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HERE Holding Corporation in the above-entitled action. My local co-counsel in this case is Cheryl A. Sabnis, King & Spaulding, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>One S. Wacker Drive, 28th Floor<br>Chicago, IL 60606 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 701-9300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 318-1200 |
| MY EMAIL ADDRESS OF RECORD:<br>dkoropp@honigman.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>csabnis@kslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 06201442.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: January 5, 2016

David E. Koropp
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David E. Koropp is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 7, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE