IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREETSPACE, INC., | No. C 11-04574 WHA |
| Plaintiff, | |
| v. | |
| GOOGLE, INC., et al., | **ORDER MAINTAINING STAY** |
| Defendants. | |

A prior judge ruled that a stay was warranted "pending resolution of the PTO reexamination process" (Dkt. No. 111). The parties jointly request that the stay remain in place. A joint status report shall be due by **NOON ON MAY 26, 2016**, or, if sooner, within seven calendar days of further action by the PTO. This action remains stayed until then.

**IT IS SO ORDERED.**

Dated: February 25, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE