IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STREETSPACE, INC.,

    Plaintiff,

  v.

GOOGLE, INC., et al.,

    Defendants.

No. C 11-04574 WHA

**ORDER MAINTAINING STAY**

    A prior judge ruled that a stay was warranted "pending resolution of the PTO reexamination process" (Dkt. No. 111). The parties have filed a joint status report stating that after a hearing, the Board of Appeals of the United States Patent & Trademark Office affirmed in full the patent examiner's action closing the prosecution, with all claims standing rejected (Dkt. No. 168). Either side may now request a rehearing within one month or appeal to the Federal Circuit within two months of the Board's March 22 order. The parties jointly request that the stay remain in place. A joint status report shall be due by **NOON ON JUNE 1**.

    **IT IS SO ORDERED.**

Dated: April 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE