IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STREETSPACE, INC.,

    Plaintiff,

v.

GOOGLE, INC., et al.,

    Defendants.

No. C 11-04574 WHA

**ORDER MAINTAINING STAY**

A prior judge ruled that a stay was warranted "pending resolution of the PTO reexamination process" (Dkt. No. 111).  The parties have filed a joint status report stating that after a hearing, the Board of Appeals of the United States Patent & Trademark Office affirmed in full the patent examiner's action closing the prosecution, with all claims standing rejected (Dkt. No. 170).  Plaintiff filed a notice of appeal of the Board's decision to the Federal Circuit. The parties jointly request that the stay remain in place pending that appeal.  A joint status report shall be due by the earlier of (i) a final disposition at the Federal Circuit or (ii) **NOON ON SEPTEMBER 8**.

    **IT IS SO ORDERED.**

Dated:  June 6, 2015.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE