IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREETSPACE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., et al., <br><br> Defendants. | No. C 11-04574 WHA <br><br> **ORDER MAINTAINING STAY** |

A prior judge ruled that a stay was warranted "pending resolution of the PTO reexamination process" (Dkt. No. 111). The Federal Circuit granted plaintiff's motion to voluntarily dismiss its appeal of the PTAB's decision rejecting all claims of the patent in suit, and plaintiff expects to seek dismissal of this action with prejudice. The parties' joint status report on this action was due on same day of the the Federal Circuit's order, before defendants could consider that development. Both sides request that the Court maintain the stay (Dkt. No. 172). A joint status report shall be due by the earlier of (i) both sides' agreement to lift the stay in order to dismiss this action or (ii) **NOON ON DECEMBER 8**. The next status report shall please explain any obstacles to dismissal.

**IT IS SO ORDERED.**

Dated: September 22, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE