UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STREETSPACE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE INC., a Delaware corporation; ADMOB, INC., a Delaware corporation; APPLE INC., a California corporation; QUATTRO WIRELESS, INC., a Delaware corporation; NOKIA CORPORATION, a foreign corporation; NOKIA INC., a Delaware corporation; NAVTEQ CORPORATION, a Delaware corporation; MILLENNIAL MEDIA, INC., a Delaware corporation; JUMPTAP, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 3:11-CV-4574-WHA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**11CV4574**

1  Having read and considered the joint stipulation pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii) by Plaintiff Streetspace, Inc. ("Streetspace") and Defendants Google
3  Inc., Admob, Inc., Apple Inc., Quattro Wireless, Inc., Nokia Corporation, Nokia, Inc., Here
4  Holding Corporation (f/k/a Navteq Corporation), Millennial Media, Inc., and Jumptap, Inc.
5  (collectively, "Defendants") to dismissal of this action in its entirety with prejudice, each party to
6  bear its own costs and fees, and good cause appearing therefor:

7  PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is dismissed in its
8  entirety with prejudice, each party to bear its own fees and costs.

9  Dated:  November 7, 2016.

11  By _____
12  HON. WILLIAM ~~H.~~ ALSUP

-1-

**11CV4574**